Harriet L. Anderson, administratrix of the estate of Thomas D. Anderson, deceased, defendant in error, v. John Barton Payne, director general of railroads, plaintiff in error.

Action for damages for the death of a pedestrian struck by defendant's train at a street crossing. Judgment for plaintiff. Error to the Circuit Court of Vermilion county; the Hon. John H. Marshall and Hon. Walter Brewer, Judges, presiding. Heard in this court at

the October term, 1920. Affirmed. Opinion filed October 25, 1921.
  H. M. Steely and H. M.' Steely, Jr., for plaintiff in error. Clark
& Hutton, for defendant in error.
  Per Curiam.